1
2
3
4
5
6
7
8
9

```
FILED
CLERK, U.S. DISTRICT COURT

DEC  2  2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | KEITH ANDREW MITCHELL, ) | No. CV 08-562 RGK (FFM) |
| 11 | Petitioner, ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| 12 | v. ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| 13 | A. HEDGEPETH, Warden, ) | |
| 14 | Respondent. ) | |

15

16    Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this

17 action, the attached Report and Recommendation of United States Magistrate Judge

18 ("Report"), and the objections thereto.  Good cause appearing, the Court concurs with

19 and accepts the findings of fact, conclusions of law, and recommendations contained in

20 the Report after having made a de novo determination of the portions to which

21 objections were directed.

22    IT IS ORDERED that judgment be entered dismissing the Petition on the merits

23 with prejudice.

24 DATED:  ___DEC  2  2011___

25

26

27                                    _____
                                              R. GARY KLAUSNER
28                                       United States District Judge