FILED
CLERK, U.S. DISTRICT COURT
DEC 2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ANDREW MITCHELL,<br><br>Petitioner,<br><br>v.<br><br>A. HEDGEPETH, Warden,<br><br>Respondent. | No. CV 08-562 RGK (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: DEC 2 2011

_____
R/ GARY KLAUSNER
United States District Judge