CLERK, U.S. DISTRICT COURT

DEC 2 2011

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ANDREW MITCHELL,<br><br>    Petitioner,<br><br>    v.<br><br>A. HEDGEPETH, Warden,<br><br>    Respondent. | No. CV 08-562 RGK (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: DEC 2 2011

_____
R/ GARY KLAUSNER
United States District Judge