UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEITH ANDREW MITCHELL, | ) | No. CV 08-562 RGK (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| A. HEDGEPETH, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: December 11, 2015

                                              R. GARY KLAUSNER
                                              United States District Judge